UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:  Case Number: 13-27748 ABA

Debtor: James A. & Dana C. Hagel, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1858021 | Bank of America, N.A. | 6748.81 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014